## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BRIAN ELLIS,

    Plaintiff,

v.                               Case No.  8:11-cv-1140-T-30EAJ

ADVANCE AUTO PARTS d/b/a ADVANCE
STORES COMPANY, INCORPORATED,

    Defendant.
_____/

### ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #14) and Joint Stipulation for Dismissal With Prejudice (Dkt. #15) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2012.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1140.dismiss 14.wpd